# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 28, 2005*

[Cite as *03/28/2005 Case Announcements,* 2005-Ohio-1364.]

## MOTION AND PROCEDURAL RULINGS

**2000–1030. Ohio Hosp. Assn. v. Armstrong World Industries, Inc.**
Cuyahoga App. No. 76067. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. On April 13, 2001, this court stayed further proceedings in this case and ordered appellee to file a notice with this court upon the termination of the automatic stay under the Bankruptcy Code.

IT IS ORDERED by the court, sua sponte, that appellee W. R. Grace & Son & Co.–Conn. file a notice advising this court of the status of the bankruptcy case within 15 days of the date of this entry.

**2003–1572. State ex rel. Howard v. Indus. Comm.**
Franklin App. No. 97AP–860. This cause came on for further consideration of appellee Industrial Commission of Ohio's bill and documentation in support of attorney fees. Upon consideration thereof,

IT IS ORDERED by the court that the Industrial Commission of Ohio is awarded additional attorney fees in the amount of $99.

LANZINGER, J., not participating.

**2005–0424. State ex rel. Sandusky Cty. Bd. of Commrs. v. Culbert.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of the joint motion for temporary stay of the presentation of evidence and briefing schedule,

IT IS ORDERED by the court that the motion be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the parties shall file any evidence they intend to present within 90 days of the date of this entry. Pursuant to the court's order of March 7, 2005, relator shall file its brief within ten days after the filing of evidence; respondent shall file his brief within 20 days after the filing of relator's brief; and relator may file a reply brief within five days after the filing of respondent's brief.

**2005–0524. Hawk v. Athens Cty.**
Athens App. No. 05CA1. This cause was filed as a discretionary appeal and claimed appeal as of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and therefore should proceed as an appeal as of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

IT IS ORDERED by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Athens County. Appellant shall file his merit brief within 40 days of the filing of the record with the Clerk of this court, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.